UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:02-CR-201-LRH-NJK |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MITCHUM SOBERANIS ) | |
| ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#103), sentencing held on October 20, 2003.  Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment.  Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: WELLS FARGO BANK
Amount of Restitution: $1,961.80

**Total Amount of Restitution ordered:** $1,961.80\*\*
\*\*Joint and several with Defendants Prince, Flanders and Stain

Dated this ___10___ day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE